# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) MICHAEL PROCTOR, an Individual, on behalf of himself and all others similarly situated,

Plaintiff,

v

(2) GLOBE LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

Case No:  5:15-cv-750 M

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action without prejudice to future filings.

Each party will bear its own costs and attorneys' fees.

s/Mark A. Engel
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
M. Adam Engel, OBA #32384
**MANSELL ENGEL & COLE**
101 Park Avenue, Suite 665
Oklahoma City, OK 73102
T: (405) 232-4100 ** F: (405) 232-4140
Email:  mec@meclaw.net

**ATTORNEYS FOR PLAINTIFF**

s/John D. Russell
*(Signed by filing attorney with permission from defense counsel)*
Steven J. Adams, OBA # 142
John D . Russell, OBA #13343
Tammy D. Barrett, OBA #14182
**GABLE GOTWALS**
1100 ONEOK  Plaza
100 West Fifth Street
Tulsa, Oklahoma  74103-4217
T: (918) 595-4800 ** F: (918) 595-4995
Email:  jrussell@gablelaw.com

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 12, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven J. Adams @ *sadams@gablelaw.com*
John D. Russell @ *jrussell@gablelaw.com*
Tammy D. Barrett @ *tbarrett@gablelaw.com*

ATTORNEYS FOR DEFENDANT

s/Mark A. Engel

2